IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00984-BNB

JACK STAMM,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion to Certify the Class and for the Appointment of Counsel" filed on May 21, 2009, is DENIED.

Dated: May 26, 2009

Copies of this Minute Order mailed on May 26, 2009, to the following:

Jack Stamm
Reg No. 03094-090
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

                                                 Secretary/Deputy Clerk